UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MELLISA FARAONE

       v.                                                CA 13-073 ML

CAROLYN COLVIN
Commissioner of the Social
Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objections to a Report and Recommendation issued by Magistrate Judge Almond on February 11, 2013.  Although Plaintiff "objects to any and all findings of fact contained in the Magistrate Judge's decision" (Docket #15 @ 1.), Plaintiff's only specific objection to the Report and Recommendation is the Magistrate Judge's finding that the ALJ's assessment of the medical opinions was adequate.

In this case, the ALJ had before him the opinion of Plaintiff's treating provider and the opinions of State agency consulting physicians.  The Magistrate Judge found that the ALJ's decision to give "substantial weight" to the opinions of the consulting physicians was supported by the record and in keeping with applicable law.  The Magistrate Judge found no error and this Court agrees.

Therefore, the Court adopts the Report and Recommendation in its entirety.  The Commissioner's Motion for an Order Affirming the Decision of the Commissioner is GRANTED and Plaintiff's Motion for an Order Reversing Decision of the Commissioner is DENIED.

SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
March 5, 2014